542

448 A.2d 1144

Brennan v. Jones, Appellant.

Petition for Allowance of Appeal Denied Sept. 13, 1982.

Argued March 29, 1982. Charles M. Bogdanoff, for appellant; Richard L. Polin, for appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment affirmed.

448 A.2d 1144

Commonwealth v. Bederka, Appellant.

Petition for Allowance of Appeal Denied Oct. 13, 1982.

Argued April 27, 1982. Daniel Webster, Assistant Public Defender, for appellant; Charles Zebley, Special Deputy Attorney General, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Order affirmed.